UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN Q. (a pseudonym),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MONMOUTH COUNTY,<br><br>　　　　　Defendant. | Civil Action No.:<br><br>　20-9475 (FLW)　 |

## ORDER GRANTING LEAVE TO PROCEED UNDER PSEUDONYM

This matter having come before the Court on a motion to proceed under pseudonym by Plaintiff John Q., and the Court having considered the papers submitted herein, and in light of Plaintiff's reasonable fear of severe harm if forced to pursue the action without proceeding pseudonymously,

IT IS on this ___28th___ day of _____October_____, 2020, ORDERED that:

　　1. Plaintiff's motion to proceed under pseudonym is GRANTED;

IT IS FURTHER ORDERED that:

　　2. The parties will hereafter refer to Plaintiff as John Q.;

　　3. All documents to be publicly filed in this case, including briefs, and appendices, shall refer to Plaintiff as John Q. only and shall be

1

    redacted to avoid disclosing any information capable of revealing the identity of John Q.;

4. Plaintiff will confirm John Q.'s identity with Defendant; and

5. The parties shall negotiate and submit for the Court's approval a Discovery Confidentiality Order compliant with Local Rule 5.3 that identifies to whom John Q.'s identity may be disclosed; until such order is entered, Defendant may disclose the identity of John Q. to Defendant's legal representative, and those officials and/or employees responsible for litigation decisions.

 

s/ Tonianne J. Bongiovanni
_____
Hon. Tonianne J. Bongiovanni, USMJ

The Clerk of the Court is directed to terminate Docket Entry No. 2.